UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY MILTON | CIVIL ACTION |
| VERSUS | NO. 16-17076 |
| TANGIPAHOA PARISH SHERIFF DANIEL EDWARDS, ET AL. | SECTION: "F"(3) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Kenneth Berteau and Chad Hickey are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 20th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE